IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DARRELL LYNELL HORACE, | ) | |
| TDCJ #658474, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 7:12-CV-107-O-BL |
| | ) | |
| RICK THALER, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, of the Report and Recommendation of the United States Magistrate Judge, and of Petitioner's objections, I am of the opinion that the reasons for dismissal set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.[1]

Accordingly, the petition for writ of habeas corpus is DENIED.

SO ORDERED this 21st day of August, 2012.

*Reed O'Connor*
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**

---

[1] In his objections, Petitioner argues that he is entitled to habeas relief because he is eligible for mandatory supervised release. Petitioner does claim eligibility for mandatory supervision in his petition. However, as stated by the Magistrate Judge, Petitioner did not lose any previously earned good-time credits and therefore has no liberty interest at stake, even if he is eligible for mandatory supervision.